AUSA:   Craig Wininger          Telephone:  (989) 274-3303
Special Agent:      Kevin Starrs          Telephone:  (571) 456-8733

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
     v.

Bahlil Pullen

Case No.   25-30418

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 26, 2025 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(a)(1) | Assault on a federal officer |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Kevin Starrs
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  June 27, 2025

City and state:  Detroit, MI

_____
Judge's signature

United States Magistrate Judge Elizabeth A. Stafford
XXXXXXXXXX
_____
Printed name and title

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Kevin J Starrs Jr., being duly sworn, hereby state:

### I.   INTRODUCTION

1.    I am a special agent with the FBI and have been since June of 2021. I am currently assigned to the Detroit Division of the FBI, where I am assigned to the Violent Crime Task Force (VCTF). This task force consists of law enforcement officers from the Detroit Police Department, Dearborn Police Department, Northville Township Police Department, Westland Police Department, Livonia Police Department and the Michigan Department of Corrections (MDOC). I have conducted investigations of violations of federal law, including violent crimes and firearms offenses.  I have also participated in numerous arrests and search warrants related to gang and violent crime investigations.

2.    I make this affidavit from personal knowledge based on my participation in this investigation, from information learned from other federal, state, and local law enforcement personnel, and from information gained through my training and experience.

3.     I submit this affidavit in support of a complaint and arrest

warrant for Bahlil Malik PULLEN for a violation of 18 U.S.C. § 111(a)

and (b) (Assault of a Federal Officer Using a Deadly or Dangerous

Weapon). I submit this affidavit for the limited purpose of establishing

probable cause for a criminal complaint and therefore the affidavit does

not include all the information known to law enforcement related to this

investigation.

## II.   PROBABLE CAUSE

4.     On June 26, 2026, at approximately 6:00 a.m., members of the

Drug Enforcement Administration Special Response team (DEA-SRT)

approached the residence at 13944 Archdale Street, Detroit Michigan to

execute a state search warrant for the residence. A marked police

vehicle was also parked in the street in front of the residence at the

time the search warrant was being executed.

5.     While DEA-SRT members were on the front porch of the residence

to execute the search warrant, the red and blue emergency lights on the

DEA-SRT bearcat vehicle were activated. In addition, before attempting

to enter the residence, at least one DEA-SRT member gave loud verbal

-2-

commands of "police search warrant." Verbal announcements were also given from the bearcat over the vehicles PA system.

6.     DEA-SRT members breached the front metal storm door of the residence, and then the front door of the residence. Once the front door was opened, DEA-SRT members heard a single gunshot.

7.     DEA-SRT members observed Bahlil Malik PULLEN and his mother in the residence. Both PULLEN and his mother were given verbal commands and they complied.

8.     DEA-SRT members entered the residence to secure it and no other individuals were located inside. Two semi-automatic handguns were located inside PULLEN's bedroom; a tan Glock handgun bearing Serial Number CATK335 and a black semi-automatic handgun bearing Serial Number 229007300 with the words "Grim Reaper" on the slide.

9.     Both handguns are registered to PULLEN. A LEIN database check of PULLEN confirmed the two handguns are registered to him.

10.     Detroit Police Department Crime Scene technicians responded to the scene and located a bullet hole near the front door of the residence. A single shell casing from inside the residence was also recovered.

11.   PULLEN and his mother were taken into custody at Detroit Police

Department Headquarters. Both PULLEN and his mother were advised

of their Miranda rights by investigators and agreed to be interviewed.

12.   PULLEN stated that he was asleep when he heard someone say

"kick the door in." PULLEN stated: "I'm very, very upset that I ended

up shooting." PULLEN stated he did not know it was the police at the

front door. According to PULLEN, someone previously "firebombed" his

house, around Christmas time. PULLEN acknowledged that his

bedroom is on the main level of the home, on the left side. PULLEN

stated that he fired one shot and stopped when his mom told him it was

the police. PULLEN stated he then dropped his gun.

Kevin J Starrs Jr
Special Agent
Federal Bureau of Investigation


Sworn to before me and signed in my presence
and/or by reliable electronic means.

~~Hon. Anthony P. Patti~~   Elizabeth A. Stafford
United States Magistrate Judge

Dated: June 27, 2025

-4-